JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE KILLORAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HYUNDAI MOTOR AMERICA, INC., et al.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-05740-AB-RAO<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right.

Dated: May 28, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.